UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
v.                           )    CRIMINAL NO. 03mj 68-2
                             )
MELVIN RICHARDSON            )
                             )

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. Section 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. Section 3156)

    \_\_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_\_ 10 plus years drug offense

    __X__ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    \_\_\_\_\_ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__ Defendant's appearance as required

    __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States (will/will not) invoke the rebuttable presumption against defendant under Section 3142(e). (If yes) The presumption applies because (check one or both):

    __X__ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. Section 924(c)

    _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

    __X__ At first appearance

    _____ After continuance of ____ days (not more than 3)

5. <u>Witnesses</u>. The United States intends to call the following witnesses:

None.

The amount of time for direct examination of these witnesses is estimated to be: one-half hour.

6. <u>Other Matters</u>.

_____

_____

_____

DATED this 31 day of October, 2003.

_____
Assistant United States Attorney

2