UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                )<br>)<br>MELVIN RICHARDSON,        )<br>)<br>          Defendant.    ) | CRIMINAL NO. 03-30047-MAP<br><br>VIOLATIONS:<br><br>18 U.S.C. § 922(g)(1) –<br>Possession of a Firearm by a<br>Convicted Felon<br>(Count One)<br><br>21 U.S.C. § 841(a)(1) –<br>Possession with Intent to<br>Distribute Crack Cocaine<br>(Count Two)<br><br>18 U.S.C. § 2253(a)-<br>Criminal Forfeiture (Count Three) |

## INDICTMENT

The Grand Jury charges that:

**COUNT ONE**:   Title 18, United States Code, Section 922(g)(1) –
Possession of a Firearm by a Convicted Felon

1. On or about the 30th day of October, 2003, in Springfield, Massachusetts,

MELVIN RICHARDSON,

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in or affecting interstate commerce, the following firearms,

      an A.A. Arms Inc. model AP9, 9 mm semi-automatic
      pistol, serial number 10157; and

      a Fratelli Tanfoglio model TZ75, series 88 9 mm semi-automatic pistol, serial number H32040.

    All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO:**   **Title 21, United States Code, Section 841(a)(1) - Possession with Intent to Distribute Cocaine Base**

2. On or about the 30th day of October, 2003, in Springfield, Massachusetts,

MELVIN RICHARDSON,

defendant herein, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a substance controlled under Schedule II, Title 21, United States Code, Section 812.

3. The offense described in Count Two of this Indictment involved five grams or more of a mixture or substance containing cocaine base. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this case.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE:** Title 18, United States Code, Section 2253(a) - Criminal Forfeiture.

5. The allegations of Count Two of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the Untied States under Title 18, United States Code, Section 2253(a).

6. Upon conviction on Count Two hereof, the defendant MELVIN RICHARDSON, shall forfeit to the United States (1) any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said violations, and (2) any of the defendant's property used or intended to be used, in any manner or part, to commit or facilitate the commission of such violations, including, but not limited to:

1996 Mitsubishi Gallant, V.I.N. number 4A3AJ46G0TE328170 making all such real and/or personal property subject to forfeiture to the United States of America, pursunat to Title 21, United States Code, Section 853(a)(1), (a)(2) and (d).

If any of the property described above as being subject to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a), as a result of any act or omission of the above named defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States intends to seek forfeiture of any other property of the defendant, such property being known and unknown to the Grand Jury, up to the value of any property described in previous paragraphs of this Count, pursuant to Title 21, Untied States Code, Section 853(p).

    All pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
WILLIAM M. WELCH II
ASSISTANT UNITED STATES ATTORNEY


DISTRICT OF MASSACHUSETTS: November 13, 2003

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT

12:05 PM