UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,           )
                                    )
                                    )
            v.                      )        Criminal No. 03-30047-MAP
                                    )
                                    )
MELVIN RICHARDSON,                  )
                    Defendant       )

SCHEDULING ORDER
November 13, 2003

NEIMAN, U.S.M.J.

        Melvin Richardson ("Defendant"), having been arraigned this day and having not yet

elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in

accordance with Local Criminal Rules (LR) 116.1 through 116.5 that:

        1.      Defendant shall, on or before November 28, 2003, file a Notice Re:

                Automatic Disclosure with the clerk's office and a copy thereof with the

                Government.

        2.      In the event that Defendant states in the Notice Re: Automatic Disclosure

                that no waiver will be filed (or in the event that Defendant fails to file the form

                by November 28, 2003, in which case it shall be deemed, in accord with LR

                116.1(C), that Defendant will proceed under the automatic discovery

                provisions in accord with LR 116.1(C)), further proceedings shall be

                governed as follows:

                A.      The Government shall produce, on or before December 11, 2003, or

within fourteen days of receipt by the Government of a written

statement that no waiver will be filed, *whichever shall first occur*,

those materials required to be produced under LR 116.1(C).

B.    Defendant shall produce, on or before December 11, 2003, those

materials required to be produced under LR 116.1(D).

C.    Any discovery request letters shall be sent and filed by December 26,

2003.  *See* LR 116.3(A) and (H).

D.    Any responses to discovery request letters shall be sent and filed

within fourteen days of receipt of the discovery request letter(s)

referred to in Paragraph C above *or* on or before January 9, 2004,

*whichever date shall first occur.  See* LR 116.3(A).

E.    Consistent with the provisions of LR 116.3(E) through (H), any and all

discovery motions shall be filed on or before fourteen days after the

receipt of the opposing party's declination to provide the requested

discovery *or* fourteen days after the opposing party has received the

discovery request letter and has failed to respond thereto, *whichever*

*date shall first occur.  See* LR 116.3(E) through (H).

F.    Consistent with the provisions of Paragraph E above, a response  to

any motion shall be filed on or before fourteen days after the motion

has been filed.  *See* LR 116.3(I).

2

G.   An Initial Status Conference in accordance with LR 116.5 will be held on December 23, 2003, at 10:30 a.m. in Courtroom III.[1]

H.   A joint memorandum addressing those items set forth in Local Rule 116.5(A)(1) through (7) shall be filed on or before the close of business, December 19, 2003.

3.   In the event that Defendant waives the automatic disclosure of discovery material in her Notice Re: Automatic Disclosure, further proceedings shall be governed as follows:

A.   Any discovery request letters shall be sent and filed by December 11, 2003.  *See* LR 116.3(A) and (H).

B.   Any responses to discovery request letters shall be sent and filed within fourteen days of receipt of the discovery request letter referred to in Paragraph A above *or* on or before December 26, 2003, *whichever date shall first occur.  See* LR 116.3(A).

C.   Consistent with the provisions of LR 116.3(E) through (H), any and all discovery motions shall be filed on or before fourteen days after receipt of the opposing party's declination to provide the requested discovery *or* fourteen days after the opposing party has received the

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as the court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will not be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference. *See* Fed. R. Crim. P. 43(c)(3).

discovery request letter and has failed to respond thereto, *whichever date shall first occur. See* LR 116.3(E) through (H).

D.    Consistent with the provisions of Paragraph C above, a response to any motion shall be filed on or before fourteen days after the motion has been filed.  *See* LR 116.3(I)

E.    An Initial Status Conference in accordance with LR 116.5 will be held on December 23, 2003, at 10:30 a.m. in Courtroom III.[2]

2.    A joint memorandum addressing those items set forth in Local Rule 116.5(A)(1) through (7) shall be filed on or before the close of business, December 19, 2003.

IT IS SO ORDERED.

DATED: November 13, 2003

  /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge

---

[2]  *See* footnote 1.