UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 03-30047-MAP |
| Plaintiff, ) | |
| vs. ) | U.S. DISTRICT COURT |
| ) | DISTRICT OF MASS. |
| MELVIN RICHARDSON, ) | |
| Defendant. ) | |

### GOVERNMENT'S NOTICE OF INTENT TO SEEK ENHANCED PENALTY

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and James R. Goodhines, Special Assistant United States Attorney, hereby give notice to defendant Melvin Richardson that if convicted of the conduct charged in Count One of the Indictment in the above-captioned case, the Government intends to seek penalty enhancement pursuant to 18 U.S.C. § 924(e)(1).

The felony offenses upon which Government will rely include the following:

| Date | Offense | Court Number |
|---|---|---|
| 10/27/03 | A&B Dangerous Weapon (Knife) | 0344CR0122 |
| 03/19/01 | Carrying Dangerous Weapon (Knife) | 0123CR1984 |
| 11/04/00 | Assault and Battery | 0023CR6363 |
| 06/04/96 | Assault Dangerous Weapon (Unknown) | 9679CR0257 |
| 03/02/90 | A&B Dangerous Weapon (Unknown), Unarmed Robbery Intimidation of Witness | 8979CR0008 |

| | | |
|---|---|---|
| 10/20/88 | Unarmed Robbery | 8879CR3764 |
| 04/04/88 | Assault Dangerous Weapon, Carrying Dangerous Weapon (F/A) | 8823JC0669 |
| 06/19/84 | A&B on Police Officer | 8423CR2288 |

                                                  Respectfully submitted,

                                                  MICHAEL P. SULLIVAN
                                                  United States Attorney

                              By:   _/s/ James R. Goodhines_____
                                                  JAMES R. GOODHINES
                                                  Special Assistant U.S. Attorney

Dated: December 2, 2003

CERTIFICATE OF SERVICE

Hampden, ss.                               Springfield, Massachusetts
                                           December 2, 2003

    I, James R. Goodhines, Special Assistant United States Attorney, do hereby certify that I have served a copy of the foregoing by mail to:

Richard Maggi
73 Chestnut Street
Springfield, MA 01103

*James R. Goodhines*
JAMES R. GOODHINES
Special Assistant U.S. Attorney