

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

Main Reception: (413) 785-0235

United States Courthouse, Suite 9200
Federal Building & Courthouse
1550 Main St., Room 310
Springfield, Massachusetts 01103

December 3, 2003

Richard Maggi
73 Chestnut Street
Springfield, MA 01103

    Re:  United States v. Melvin Richardson
          <u>Criminal No. 03-30047-MAP</u>

Dear Counsel:

    In review of the discovery provided pursuant to Fed. R. Crim. P. 16 (a)(1)(D), the government provides the following additional automatic discovery disclosure in the above-referenced case:

    The Government includes an Fingerprint Expert report generated by Springfield Police Detective Lee Prentice dated November 3, 2003.

    This material was inadvertently omitted from the original Automatic Discovery Disclosure dated December 2, 2003.

Please call the undersigned Special Assistant U.S. Attorney at (413) 785-0108 if you have any questions.

                                    Very truly yours,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                By:      *James R. Goodhines*
                            James R. Goodhines
enclosure                Special Assistant U.S. Attorney