UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2003 DEC 18 A 9:57

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No. 03-30047-MAP |
| | ) |
| MELVIN RICHARDSON | ) |

## APPEARANCE

Please enter my appearance for the above named defendant, Melvin Richardson, in the above referenced matter.

THE DEFENDANT

BY: _/s/ Vincent A. Bongiorni_
Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

## CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, James Goodhind, Esq., United States District Court, 1550 Main Street, Springfield, Ma. 01103 this 17th day of December, 2003.

_/s/ Vincent A. Bongiorni_
Vincent A. Bongiorni