

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

*Main Reception: (413) 785-0235*
*Facsimile:      (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

January 12, 2004

Vincent Bongiorni, Esq.
95  State Street
Suite 309
Springfield, MA 01103

    Re:  United States v. Melvin Richardson
         Case No. 03CR30047

Dear Attorney Bongiorni:

    Enclosed is discovery numbered 0001 through 00053 in connection with the above-mentioned case.

    Please call if you have any questions.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                          United States Attorney

            By:   *James R. Goodhines*
                    JAMES R. GOODHINES
                    Assistant U.S. Attorney

Enc.