UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>)<br>v.                                                              )<br>)<br>)<br>MELVIN RICHARDSON,                       )<br>           Defendant                                ) | Criminal No. 03-30047-MAP |

INTERIM STATUS REPORT
January 12, 2004

NEIMAN, U.S.M.J.

The court held a Status Conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled an Interim Status Conference for March 4, 2004.

3. The parties -- and the court -- have agreed and determined that no time will have run on the Speedy Trial Clock through March 4, 2004. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge