UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-30047-MAP |
| ) | |
| MELVIN RICHARDSON, ) | |
| Defendant ) | |

INTERIM SCHEDULING ORDER
January 12, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day.

1. Defendant shall file any discovery motions by February 12, 2004, to which the Government shall respond within fourteen days of receipt.

2. An interim status conference will be held on March 4, 2004, at 2:00 p.m. in Courtroom III, at which time the court will address any outstanding discovery motion.

3. On or before the close of business, March 2, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge