UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

UNITED STATES OF AMERICA )
)
vs. ) No. 03-30047-MAP
)
MELVIN RICHARDSON )

FEB 18 A 11: 07

U.S. DISTRICT COURT
DISTRICT OF MASS

**MOTION TO ENLARGE TIME FOR FILING SUBSTANTIVE MOTIONS**

Now comes the defendant, by and through counsel, and moves this Honorable Court for an order to enlarge the time for the filing of motions, and as his basis, therefore, asserts the following:

The defendant has recently received audio and videotapes regarding the defendant's arrest. The defendant was unable to have an opportunity to view and listen to the discovery provided prior to the present motion filing date of February 12, 2004. The counsel for defendant requests an additional two week period in order to file his motions.

Counsel has conferred with the Assistant United States Attorney, James Goodhind, who expresses no objection to the allowance of this motion.

WHEREFORE, defendant moves this Court for an enlargement of time to March 2, 2004 for the filing of motions.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, James Goodhind, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 17 day of February, 2004.

_____
Vincent A. Bongiorni