UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) Criminal No. 03-30047-MAP
)
)
MELVIN RICHARDSON, )
         Defendant )

INTERIM SCHEDULING ORDER
May 6, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day.

1. An interim status conference will be held on June 22, 2004, at 11:00 a.m. in Courtroom III.

2. On or before the close of business, June 18, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge