AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
CLERK'S

UNITED STATES OF AMERICA

v.

MELVIN RICHARDSON

APPEARANCE

Case Number: 03CR30047-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America

I certify that I am admitted to practice in this court.

Date

*[Signature: James R. Goodhines]*

Signature

JAMES R. GOODHINES            629578
Print Name                    Bar Number

1550 Main Street, Suite 310
Address

Springfield, MA 01103
City           State           Zip Code

(413) 785-0235      (413) 785-0394
Phone Number                   Fax Number