UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.                                               )<br>)<br>)<br>MELVIN RICHARDSON,                )<br>         Defendant                        ) | Criminal No. 03-30047-MAP |

INTERIM SCHEDULING ORDER
July 14, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day.

1. Defendant shall file all remaining discovery motions by July 29, 2004, to which the Government shall respond by August 13, 2004.

2. A final status conference will be held on August 24, 2004, at 2:30 p.m. in Courtroom III, at which time the court will address any outstanding discovery motion.

3. On or before the close of business, August 20, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

                                                  /s/   Kenneth P. Neiman
                                                  KENNETH P. NEIMAN
                                                  U.S. Magistrate Judge