UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. )
) NO. 03-30047-MAP
MELVIN RICHARDSON )
)

## DEFENDANT'S MOTION TO RESCHEDULE STATUS CONFERENCE

Now comes the defendant in the above entitled matter and moves this Honorable Court to reschedule the date presently scheduled for 10/14/04 to 10/20/04 at 3:00 p.m.; and asserts as his reasons, therefore, counsel will be out of the country.

Defense counsel has conferred with Assistant United States Attorney, Paul Smyth, Esq., who has no objection to the allowance of this motion.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

## CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq. do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 6th day of October, 2004.

_____
Vincent A. Bongiorni