UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-30047-MAP |
| ) | |
| MELVIN RICHARDSON, ) | |
| Defendant ) | |

INTERIM SCHEDULING ORDER
October 21, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference on October 20, 2004.

1. The Government shall provide Defendant with the discovery ordered by the court by November 3, 2004.

2. A final status conference will be held on November 17, 2004, at 4:00 p.m. in Courtroom III.

3. On or before the close of business, November 15, 2004, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge