UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-30047-MAP |
| ) | |
| MELVIN RICHARDSON, ) | |
| Defendant ) | |

INTERIM STATUS REPORT
October 21, 2004

NEIMAN, U.S.M.J.

The court held a Status Conference yesterday pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established a further schedule as outlined in the Scheduling Order issued this day.

2. The court has scheduled a Final Status Conference for November 17, 2004.

3. There are no other matters to report relevant to the progress or resolution of the case.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge