UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. )
) No. 03-30047-MAP
)
MELVIN RICHARDSON )
)

## MOTION TO RESCHEDULE STATUS CONFERENCE

Now comes the defendant, through counsel, and moves this Honorable Court to extend the status conference presently scheduled for November 17, 2004 for three weeks to another date convenient to all parties.

Counsel for the defendant has conferred with Assistant United States Attorney, Paul Smyth, Esq., who has no objection to the allowance of this motion.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

## CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 17th day of November, 2004.

_____
Vincent A. Bongiorni