UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-30047-MAP |
| ) | |
| MELVIN RICHARDSON, ) | |
| Defendant ) | |

FINAL STATUS REPORT
December 8, 2004

NEIMAN, U.S.M.J.

The court held a final status conference on December 7, 2004, and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. The parties are engaging in plea negotiations. The parties estimate that a trial, if necessary, will take four days.

2. An initial pretrial conference has been scheduled for December 17, 2004, at 2:00 p.m. in Courtroom I.

3. All discovery has been completed.

4. Defendant does not intend to raise a defense of insanity or public authority.

5. The parties -- and the court -- agree that, as of December 7, 2004, nine days have run on the Speedy Trial clock. A separate order shall issue.

6. There are no other matters relevant to the progress or resolution of the case.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge