UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

                                          CASE NO.   03-30047-MAP

        V.

**MELVIN RICHARDSON**

## NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for a STATUS CONFERENCE on 1/14/05 at 3:30 P.M., before Michael A. Ponsor, U.S. D.J   In Courtroom # __1__ on the __5th__ floor.

1/5/05

       Date

TONY ANASTAS,
CLERK OF COURT

By: /s/ Elizabeth A. French
Deputy Clerk

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                                    [kntchrgcnf.]
                                                                  [ntchrgcnf.]