UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**CASE NO. 03-30047 -MAP**

V.

**MELVIN RICHARDSON**

## NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been RESET for a STATUS CONFERENCE on 1/28/05 at 1:00 P.M., before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

1/24/05
Date

TONY ANASTAS,
CLERK OF COURT

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)

[kntchrgcnf.]
[ntchrgcnf.]