UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

                                                      CASE NO.  03-30047  MAP
      V.
**MELVIN RICHARDSON**

<u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that the above-entitled case has been   set  for a STATUS CONFERENCE  on   5/18/05    at   2:00 P.M.       before Michael A. Ponsor, U.S. D.J   In   Courtroom #   <u>1</u>   on the   <u>5th</u>     floor.

                                                     SARAH THORNTON
                                                     CLERK OF COURT

4/25/05
_____
     Date

                                                     By: <u>/s/ Elizabeth A. French</u>
                                                     Deputy Clerk

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                                [kntchrgcnf.]
                                                                                    [ntchrgcnf.]