UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )   CRIMINAL NO. 03-30047-MAP
                                )
MELVIN RICHARDSON,              )
     Defendant.                 )
                                )

        GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY

    The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161.  In support of this motion the government states that on May 18, 2005, this Court scheduled the Defendant's trial for August 29, 2005.  This was the first available trial date when taking into consideration the respective schedules of counsel, the undersigned U.S. Attorney, and the Court.  The Court indicated it would accommodate the Defendant if he desired a date for trial before August, but the Defendant, through his counsel requested the August date.  The time should be excluded for reasons of continuity of counsel and in the best interests of justice.

    The Defendant, through his Attorney Bongiorni, has assented to the government's request to exclude this time, and has waived any claim to the Speedy Trial Act.

    It is in the best interests of the Defendant, the government, and the public, to exclude the time from May 18, 2005

until August 29, 2005, from the period within which the trial of this case must commence under the Speedy Trial Act.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                          By:  /s/ Paul Hart Smyth
                                _____
                                Paul Hart Smyth
                                Assistant U.S. Attorney

Dated: June 20, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                               Springfield, Massachusetts
                                           June 20, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail by June 20, 2005, to Attorney Vincent Bongiorni.

                                        /s/ Paul Hart Smyth
                                        Paul Hart Smyth
                                        Assistant U.S. Attorney