UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No. 03cr30047-MAP |
| | ) | |
| | ) | VIOLATIONS: |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession with Intent to |
| | ) | Distribute Cocaine Base |
| | ) | (Count One) |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession with Intent to |
| | ) | Distribute Cocaine |
| v. | ) | (Count Two) |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession with Intent to |
| | ) | Distribute and |
| | ) | Distribution of Cocaine |
| | ) | Base (Count Three) |
| | ) | |
| | ) | 18 U.S.C. §922(g)(1) - |
| | ) | Possession of a Firearm |
| | ) | by a Convicted Felon |
| | ) | (Count Four) |
| | ) | |
| MELVIN RICHARDSON, | ) | 21 U.S.C. § 853 - |
| Defendant. | ) | Forfeiture Allegation |
| | ) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

COUNT ONE:   Title 21, United States Code, Section 841(a)(1) -
Possession of Cocaine Base with the Intent to
Distribute

1.   On or about September 25, 2003, in the city of

Northampton, in the District of Massachusetts,

1

**MELVIN RICHARDSON,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

The possession with the intent to distribute and distribution of cocaine base described in this count of the Indictment involved five grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO:**     **Title 21, United States Code, Section 841(a)(1) - Possession of Cocaine with the Intent to Distribute**

On or about September 25, 2003, in the city of Northampton, in the District of Massachusetts,

**MELVIN RICHARDSON,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute and distribute a mixture or substance containing a detectable amount of cocaine powder, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE**: Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute and Distribution of Cocaine Base

On or about October 30, 2003, in the city of Springfield, in the District of Massachusetts,

**MELVIN RICHARDSON**,

the Defendant herein, did knowingly and intentionally possess with the intent to distribute and distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

The possession with the intent to distribute and distribution of cocaine base described in this count of the Indictment involved five grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR:**     **Title 18, United States Code, Section 922(g)(1) - Possession of a Firearm by a Convicted Felon**

On or about October 30, 2003, in the city of Springfield, in the District of Massachusetts,

**MELVIN RICHARDSON,**

the Defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly did possess, in or affecting interstate commerce, the following firearms:

1. One A.A. Arms, Inc. 9 mm pistol, Model AP9, bearing serial number 10157; and

2. One Fratelli Tanfoglio 9 mm pistol, Model TZ75, bearing serial number H32040.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Count Three of this Indictment,

**MELVIN RICHARDSON,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses including, but not limited to, the following:

   A 1996 Mitsubishi Gallant, V.I.N. 4A3AJ46G0TE328170,

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant -

   (a) cannot be located upon the exercise of due diligence;
   (b) has been transferred or sold to, or deposited with, a third party;
   (c) has been placed beyond the jurisdiction of the Court;
   (d) has been substantially diminished in value; or
   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Paul Hart Smyth
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS: _____August 11_____, 2005 at 1:35 pm
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK OF THE COURT

7

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Springfield    **Category No.** II    **Investigating Agency** ATF/MARTIN

**City** Springfield    **Related Case Information:**

**County** Hampden

Superseding Ind./ Inf.  yes    Case No.  03-cr-30047
Same Defendant  yes    New Defendant
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Melvin Richardson    Juvenile  ☐ Yes  ☒ No

Alias Name

Address  170 Oakgrove Avenue, Springfield, MA

Birth date (Year only): 1965   SSN (last 4 #): 8556   Sex M   Race: Black   Nationality:

**Defense Counsel if known:**    Address:

**Bar Number:**

**U.S. Attorney Information:**

AUSA  Paul H. Smyth    Bar Number if applicable  634600

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect:

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:**

☒ Already in Federal Custody as  pretrial detainee  in  Hamden County
☐ Already in State Custody    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by    on

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty    ☐ Misdemeanor    ☒ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/11/05    Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Melvin Richardson

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21:841(a)(1) | Possess. Cocaine Base w/intent to distribute | 1,3 |
| Set 2 | 21:841(a)(1) | Possession of Cocaine w/intent to distribute | 2 |
| Set 3 | 18:922(g)(1) | Possession of a Firearm by a convicted felon | 4 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**