# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**CASE NO. 03-30047 - MAP**

**V.**

**MELVIN RICHARDSON**

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been set for an EVIDENTIARY HEARING ON MOTION TO SUPPRESS on November 28, 2005 at 2:00 PM before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

SARAH THORNTON
CLERK OF COURT

__10/27/05__
Date

By: /s/ Elizabeth A. French
Deputy Clerk

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)    [kntchrgcnf.]
    [ntchrgcnf.]