UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
         v.                   )    CRIMINAL NO. 03-30047-MAP
                              )
MELVIN RICHARDSON,            )
     Defendant.               )


        THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
                             (ASSENTED TO)

   The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h), from November 28, 2005 until December 22, 2005.  In support of this motion, the Government states that the following:

   1.  On November 28, 2005, the date previously scheduled for the Defendant's outstanding motions to be heard, Attorney Bongiorni informed the Court that he was presently engaged in a motion to suppress in Hampden Superior Court.  The Government did not oppose the Defendant's oral motion to continue the hearing until December 22, 2005.

   Continuity of counsel and consideration of counsel's busy schedule outweighs the usual speedy trial interests in this case. It is in the best interests of the Defendant, the government, and the public, to exclude the time from November 28, 2005, until December 22, 2005, from the period within which the trial of this

case must commence under the Speedy Trial Act.

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

                           By:  /s/ Paul Hart Smyth
                                 _____
                                 Paul Hart Smyth
                                 Assistant U.S. Attorney

Dated: November 29, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                                    Springfield, Massachusetts

                                                              November 29, 2005

I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing to Attorney Vincent Bongiorni, 95 State Street, Springfield, MA.

                                                           /s/ Paul Hart Smyth
                                                           Paul Hart Smyth
                                                           Assistant U.S. Attorney