```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
         v.                   )    CRIMINAL NO. 03-30047-MAP
                              )
                              )
MELVIN RICHARDSON,            )
         Defendant.           )
```

**MOTION FOR EXCLUDABLE DELAY**
**PURSUANT TO THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161**
**(Assented To)**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, through the undersigned assistant U.S. Attorney, submits this motion for an order of excludable delay pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for the period of time from December 22, 2005, through March 20, 2006, the agreed upon trial date. As grounds for this motion, Counsel for Defendant has also indicated that his busy schedule interferes with his ability to prepare for a possible trial at a date sooner than March 20, 2006. The parties, therefore, requests that the time period described above be excluded, pursuant to 18 U.S.C. §§ 3161(h)(8).

It is in the best interests of the Defendant, the government, and the public, to exclude the time from December 22, 2005 through March 20, 2006, from the period within which the trial of this case must commence under the Speedy Trial Act.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Paul Hart Smyth

                                                                              Paul Hart Smyth  
                                                                              Assistant U.S. Attorneys

Dated: December 23, 2005

## CERTIFICATE OF SERVICE

Hampden, ss.                                  Springfield, Massachusetts

December 23, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing via fascimile to Attorney Vincent Bongiorni, 95 State Street, Springfield, MA at (413)734-1255.

                                      /s/ Paul Hart Smyth
                                      Paul Hart Smyth
                                      Assistant U.S. Attorney