UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MELVIN RICHARDSON                           CASE NO.   03-30047-MAP


NOTICE OF HEARING

PONSOR
_____D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for a STATUS CONFERENCE ON FEBRUARY 27, 2006 AT 1:30 P.M.  BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.


SARAH A. THORNTON,

CLERK OF COURT


February 7, 2006                              By:    /s/Elizabeth A. French
   Date                                                        Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**