UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA   )
                           )
vs.                        )   No.  03-30047-MAP
                           )
MELVIN RICHARDSON          )


**WITNESS LIST**

Now comes the defendant, Melvin Richardson, and hereby provides the name(s) and address(es) of witness(es) in the above entitled matter:

1. Judith Santana, 78 Governor Street, Springfield, MA ;
2. Keeper of Records, Hampden County House of Correction;
3. Keeper of Records, Springfield Police Department.

The defendant recognizes its ongoing obligation to provide additional names and addresses of witnesses that become known during the pendency of this matter.


THE DEFENDANT


BY:/s/ Vincent A. Bongiorni
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040


CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney, Paul Smyth, 1550 Main Street, Springfield, MA. 01103 this 22 day of March 2006.


_____  /s/   Vincent A. Bongiorni