```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )
       v.                     )    CRIMINAL NO. 03-30047-MAP
                              )
                              )
MELVIN RICHARDSON,            )    Government's Witness List
       Defendant.             )
```

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby states that it may call the following individuals as witness during its case-in-chief in the above-captioned matter:

1. Trooper Sean Maher
   Massachusetts State Police
   340 W. Brookfield Road
   New Braintree, MA 01531

2. Trooper David Nims
   Massachusetts State Police
   340 W. Brookfield Road
   New Braintree, MA 01531

3. Kenneth Gagnon
   Department of State police Crime Laboratory
   Sudbury, MA

4. Ms. Pamela Hamil
   MA Registry of Motor Vehicles
   165 Liberty Street
   Springfield, MA

5. Patricia Carr
   64 Scott Street
   Springfield, MA

6. Officer Norman Shink
   Springfield Police Department
   130 Pearl Street
   Springfield, Massachusetts

7.  Officer Sean Condon
    Springfield Police Department
    130 Pearl Street
    Springfield, Massachusetts

8.  Special Agent James Martin
    Bureau of Alcohol, Tobacco, Firearms and Explosives
    1550 Main Street
    Springfield, MA

9.  Special Agent Patrick Burns
    Bureau of Alcohol, Tobacco, Firearms and Explosives
    1550 Main Street
    Springfield, MA

10. Special Agent Kurt Wheeler
    Bureau of Alcohol, Tobacco, Firearms and Explosives
    450 Main Street
    Hartford, Connecticut

11. Martin van Alstyne
    Bureau of Alcohol, Tobacco, Firearms and Explosives

12. Special Agent John Barron
    Drug Enforcement Administration
    1441 Main Street, 10th Floor
    Springfield, MA

13. Special Agent John Shankweiler
    Drug Enforcement Administration
    1441 Main Street, 10th Floor
    Springfield, MA

14. Chemist Charles Cusumano
    Drug Enforcement Administration
    Northeast Laboratory
    99 Tenth Avenue
    New York, NY 10011

15. Detective Lee Prentice
    Springfield Police Department
    130 Pearl Street
    Springfield, Massachusetts

16. Trooper Laura Cary
    Massachusetts State Police
    340 W. Brookfield Road
    New Braintree, MA 01531

17. Officer Dennis B. Hall
    Westfield Police Department
    Westfield, MA

18. Rashiid Mapp
    5780 Major Boulevard
    Orlando, FLA

The United States makes no representations that it intends to call each and every witness listed above. Unless arrangements are agreed upon with the undersigned prosecutor before trial, the defendants must subpoena any witness listed above or otherwise seek process compelling that person's attendance at trial. This list does not include witnesses that the United States may determine are necessary for rebuttal. The United States reserves its right to amend its witness list before the commencement of trial. The United States will notify counsel immediately if any such additions or amendments are made.

Filed this 22th Day of March.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Paul Hart Smyth
    _____
    Paul Hart Smyth