UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No. 03-30047-MAP |
| | ) |
| MELVIN RICHARDSON | ) |

**MOTION FOR PROTECTIVE ORDER**

    Now comes the defendant and respectfully requests this Honorable Court to issue a protective order to counsel making the trial of the above named case a priority over any other scheduled events counsel has.

    As grounds for this request counsel states trial is expected to be evidentiary in nature with several civilian witnesses being called to testify.

    Counsel is respectfully requesting the Melvin Richardson matter take priority, and the court sign the attached protective order so he may be protected from appearing on other matters presently scheduled in the United States District Court.

DEFENDANT

BY: /s/ Vincent A. Bongiorni, Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040


CERTIFICATE OF SERVICE

    I, Vincent A. Bongiorni, Esq. do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 22 day of March 2006.

_____
Vincent A. Bongiorni

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No.  03-30047-MAP |
| ) | |
| MELVIN RICHARDSON ) | |

**PROTECTIVE ORDER**

    The case, United States v. Melvin Richardson, is scheduled to begin trial on Monday, March 27, 2006. It is anticipated that this trial will last approximately 7 trial days.

    WHEREFORE, it is ORDERED, that Vincent A. Bongiorni be present to commence the trial above referred to and that he remain present and engaged in the trial above referred to until completion, and that he be protected from complying with the Order of any other Court to be otherwise present.

    IT IS SO ORDERED.

 

_____
Honorable Judge
Justice, Superior Court