UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 03-30047-MAP |
| | ) | |
| MELVIN RICHARDSON, | ) | **Government's Revised** |
| | ) | **Exhibit List** |
| Defendant. | ) | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | REC'D | ADMT'D | WITNESS |
|---|---|---|---|---|
| 1. | 29 bags cocaine base in the form of crack cocaine; 9 bags powder cocaine; 2 bags of cocaine powder (recovered on September 25, 2003 | | | |
| 2. | Massachusetts State Police Certificate of Analysis # 03-09464(1) | | | |
| 4. | Massachusetts State Police Certificate of Analysis # 03-09464(3) | | | |
| 6. | Massachusetts State Police Certificate of Analysis # 03-09464(2) | | | |
| 7. | Massachusetts State Police Miranda Waiver signed by the Defendant | | | |

| | | | | |
|---|---|---|---|---|
| 8. | Cassette containing recorded telephone conversation from October 15, 2003 | | | |
| 9. | Transcript of the recorded telephone conversation from October 15, 2003 | | | |
| 10. | Cassette containing recorded telephone conversation from October 22, 2003 | | | |
| 11. | Transcript of the recorded telephone conversation from October 22, 2003 | | | |
| 12. | Video Recordings of the October 30, 2003 meeting between Defendant, Cooperating witness, and Undercover ATF Agent (interior of car) | | | |
| 13. | Transcript of the October 30, 2003 meeting between Defendant, Cooperating witness, and Undercover ATF Agent | | | |
| 14. | Video Recordings of the October 30, 2003 meeting between Defendant, Cooperating witness, and Undercover ATF Agent (exterior viewpoint) | | | |
| 15. | 9 mm A.A. Arms Pistol, Model AP-9 (Serial # 101057) | | | |

| 16. | 9 mm Fratelli Tanfoglio Pistol, Model TZ-75 | | | |
|---|---|---|---|---|
| 17. | One bag of cocaine base recovered on October 30, 2003 | | | |
| 18. | Drug Enforcement Administration Form 7 – Certificate of Analysis for one bag of crack cocaine | | | |
| 19. | CD recordings of Defendant's telephone calls made from jail | | | |
| 20. | ATF Informant Agreement for Rashiid Mapp | | | |
| | | | | |
| | | | | |
| | | | | |

Filed this 27th day of March, 2006.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                          /s/ Paul Hart Smyth
                    By:   _____
                                          Paul Hart Smyth
                                          Assistant U.S. Attorney