UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO. 03-30047-MAP |
| | ) | |
| MELVIN RICHARDSON | ) | |

**DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL
FEDERAL RULES CRIM. PROC. RULE 29(a)**

Now comes the defendant in the above entitled action and moves this Honorable Court for an order pursuant to Fed. Rules Crim. Pro. Rule 29 (a) for entry of a judgment of acquittal as to all counts, and as his basis, therefore asserts the following:

**Count One** - Possession of cocaine base with intent to distribute - Viewing the evidence in a light most favorable to the Government the record evidence is insufficient to establish:

(1) a specific intent to distribute

(2) cocaine base

(3) a mature or substance containing crack cocaine

(4) the cocaine base which was the subject of an intent to distribute involved five grams or more

**Count Two** - Possession of cocaine with intent to distribute - Viewing evidence in light most favorable to the Government the record evidence is insufficient to establish:

(1) a specific intent to distribute

**Count Three** - Possession of cocaine base with intent to distribute - Viewing the evidence in a light most favorable to the Government the record evidence is insufficient to establish:

(1) a specific intent to distribute

(2) cocaine base

(3) a mature or substance containing crack cocaine

(4) the cocaine base which was the subject of an intent to distribute involved five grams or more

**Count Four** - Felon possession of a firearm - Viewing the evidence in light most favorable to the Government the record evidence is insufficient to establish:

(1) firearm

(2) possession in or affecting interstate commerce

(3) crime punishable by a term exceeding one year

## **CONCLUSION**

For all the foregoing reasons alleged, the defendant is entitled to the relief requested.

THE DEFENDANT

BY: /s/ Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney, Paul Smyth, United States District Court, 1550 Main Street, Springfield, MA. 01103 this 30th day of March 2006.

/s/ Vincent A. Bongiorni