UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.     ) | No.  03-30047-MAP |
| ) | |
| MELVIN RICHARDSON    ) | |

## DEFENDANT'S MOTION TO ENLARGE THE TIME FOR FILING MOTION FOR NEW TRIAL. FED RULE CRIM. PROC.RULE 33(b)(2), RULE 45(b)

Now comes Melvin Richardson, the defendant in the above entitled action, and moves this Honorable Court for an order enlarging the time within which to file a Motion for a New Trial until June 29, 2006, and as his basis, therefore, asserts the following;

The defendant was found guilty by Jury Trial on March 31, 2006.

The defendant waived trial by jury as to the forfeiture count in the indictment and verdict on that count is pending.

Sentencing is presently scheduled for June 29, 2006 on the counts of conviction.

The defendant needs a reasonable period of time within which to prepare a Motion for New Trial.

WHEREFORE, defendant moves this Honorable Court for an order enlarging time for filing a Motion for New Trial until June 29, 2006.

DEFENDANT

BY: /s/ Vincent A. Bongiorni, Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq. do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 4th day of April 2006.

/s/ Vincent A. Bongiorni