UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  CASE NO. CR 03-30047-MAP

MELVIN RICHARDSON

VERDICT FORM
[COUNT ONE]

WE, THE JURY, FIND: THE DEFENDANT (GUILTY) ~~NOT GUILTY~~ OF POSSESSING WITH THE INTENT TO DISTRIBUTE, ON OR ABOUT SEPTEMBER 25, 2003, FIVE GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE BASE IN THE FORM OF CRACK COCAINE.

March 31, 2006
DATE

_[signature]_
FOREPERSON'S SIGNATURE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.                                    CASE NO. CR 03-30047-MAP

**MELVIN RICHARDSON**

**VERDICT FORM**
**[COUNT TWO]**

WE, THE JURY, FIND: THE DEFENDANT (GUILTY)   ~~NOT GUILTY~~ OF POSSESSING WITH THE INTENT TO DISTRIBUTE, ON OR ABOUT SEPTEMBER 25, 2003, A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE POWDER.

March 31, 2006
DATE

_[signature]_
FOREPERSON'S SIGNATURE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CASE NO.  CR 03-30047-MAP

MELVIN RICHARDSON

VERDICT FORM
[COUNT THREE]

WE, THE JURY, FIND: THE DEFENDANT (GUILTY) ~~NOT GUILTY~~ OF DISTRIBUTING AND POSSESSING WITH THE INTENT TO DISTRIBUTE, ON OR ABOUT OCTOBER 30, 2003, FIVE GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE BASE IN THE FORM OF CRACK COCAINE.

March 31, 2006
DATE

_____
FOREPERSON'S SIGNATURE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                    CASE NO.  CR 03-30047-MAP

MELVIN RICHARDSON

VERDICT FORM
[COUNT FOUR]

WE, THE JURY, FIND:  THE DEFENDANT (GUILTY)  ~~NOT GUILTY~~ OF POSSESSING FIREARMS, IN OR AFFECTING INTERSTATE OR INTERNATIONAL COMMERCE, HAVING PREVIOUSLY BEEN CONVICTED OF A CRIME PUNISHABLE BY A TERM OF IMPRISONMENT EXCEEDING ONE YEAR.

March 31, 2006
DATE

_____
FOREPERSON'S SIGNATURE