USA
v
RICHARDSON                                                       MAP

I, MELVIN RICHARDSON BEING DULY ADVISED THAT I HAVE A RIGHT TO TRIAL BY JURY TO DETERMINE THE FORFEITURE COUNT IN THE ABOVE ENTITLED INDICTMENT WAIVE TRIAL BY JURY

March 31, 2006

*Melvin Richardson*
MELVIN RICHARDSON

*A Bquin* 3/31/06

*Michael A. Ponsor, USDJ*
3·31·06