UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No. 03-30047-MAP |
| | ) |
| MELVIN RICHARDSON | ) |

**MOTION TO CONTINUE**

Now comes the defendant and respectfully requests this Honorable Court to continue the conference scheduled in the above entitled matter.

As grounds for this request counsel states a scheduling conflict.

Counsel has conferred with the Probation Department and the Government who express no opposition to the allowance of this motion.

DEFENDANT

BY: /s/ Vincent A. Bongiorni, Esq.
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq. do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 15th day of May 2006.

/s/ Vincent A. Bongiorni