UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| vs.        ) | NO.  03-30047-MAP |
| ) | |
| MELVIN RICHARDSON ) | |

**NOTICE OF APPEAL**

Now comes the defendant pursuant to the Federal Rules of Appellate Procedure (Rule 4) and notifies this court of his intent to appeal findings and rulings at trial which were adverse to him.

Respectfully submitted,

DEFENDANT

/s/ Melvin Richardson

CERTIFICATE OF SERVICE

I, Melvin Richardson, do hereby certify that I have served a copy of the foregoing via CM/ECF to Attorney Vincent A. Bongiorni, and United States Attorney, Paul Smyth, 1550 Main Street, Springfield, MA 01103 this 11th day of October 2006.

/s/ Melvin Richardson