# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: **UNITED STATES OF AMERICA v. MELVIN RICHARDSON**
District Court Case No. **3:03CR-30047-MAP-ALL**   District of **MASSACHUSETTS (SPRINGFIELD)**
Date Notice of Appeal filed **10/11/2006**   Court of Appeals Case No. _____
Form filed on behalf of **MELVIN RICHARDSON**

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter **DIGITAL RECORDER CD**
Phone Number of Reporter **UNKNOWN**

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☒ Pretrial proceedings (specify) | **SEPTEMBER 1, 2004 DISCOVERY ISSUES** |
| ☐ Testimony (specify) | |
| ☒ Other (specify) | **AUGUST 29, 2005 ARRAIGNEMENT ON SUPERSEDING INDICTMENT** |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. **X** I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☒ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name **MELVIN RICHARDSON**   Filer's Signature **Melvin Richardson**
Firm/Address **D.W.W.D.F. UNIT A CELL 3, 950 HIGH STREET, CENTRAL FALLS, R.I. 02863**
Telephone number **401-729-1190**   Date mailed to court reporter **11/2/06**

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)   SEE INSTRUCTIONS ON REVERSE