Melvin Richardson
#90778038
Unit A Cell 3
D.W.W.D.F.
950 High St, Central Falls, R.I. 02863

Office Of The Clerk
United States Courthouse
1550 Main Street
Springfield, Ma. 01103

November 23, 2006

Re: United States v. Melvin Richardson      No. 3:03-cr-30047-MAP

Dear Sir/Madam

    I Am Writing Because I Have Been Sitting Here For Two Months Without Any Type Of Counsel. I Received A Letter From The Court, A Display Receipt With A Note Dated 10/27/06 Stating That My Application To Proceed Without Prepayment Of Fees And Affidavit To Appeal In Forma Pauperis Was Allowed By Judge Michael A. Ponsor. As Of Today I Have Not Yet Received Any Information Pertaining To Who Would Be Representing Me In This Outstanding Matter.

    I Would Very Much Appreciate Any Information That You Or Anyone From Your Office May Have Concerning My Appointment Of Counsel. It Is Very Important To My Case That I Speak To Someone As Soon As Possible.

Sincerly

Melvin Richardson
Melvin Richardson