FILED
IN CLERK'S OFFICE

2008 MAR 10 A 10: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

Deputy Clerk
United States District Court

March 6, 2008

Dear Sir/Madam :

    I was sentenced by Judge Michael Ponsor on October 13, 2006, based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the cocaine base guidelines, which have been made retroactive.

    My current release date is in 2021.

    I cannot afford to hire an attorney. A completed financial affadavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

Sincerely,

Melvin Richardson

Melvin Richardson #90778038
U.S. Penitentiary, Lee County
P.O. Box 305
Jonesville, Virginia 24263