# United States Court of Appeals
## For the First Circuit

FILED
IN CLERK'S OFFICE

2008 MAR 11  A 10: 17

No. 06-2506

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA,

Appellee,

v.

MELVIN RICHARDSON,

Defendant, Appellant.

### JUDGMENT

Entered: February 8, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Melvin Richardson's conviction and sentence are affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_/s/_
Deputy Clerk

Date: 3/11/08

By the Court:

_/s/_
Richard Cushing Donovan, Clerk

[cc: Mr. Goodhines, Mr. Smyth, Ms. Chaitowitz, Mr. Shanker & Mr. Soares.]