Melvin Richardson #90778038
U.S. Penitentiary, Lee County
P.O. Box 305
Jonesville, Virginia 24263

Date April 10, 2008

Judge Michael A. Ponsor
United States District Court
1550 Main Street
Springfield, MA. 01103

RE: Appointment of New Counsel          DOCKET # 03-30047-MAP

Dear Judge Ponsor

        I have received the letter stating that you granted my motion to appoint
counsel re possible reduction of sentence (crack cocaine case), and you have
appointed Attorney Vincent Bongiorni. I know that you are aware that Mr Bongiorni
represented me at trial, and that he withdrew from my case because I feel as if
his failure to file certain motions raised ineffectiveness of counsel issuses that
I will be filing in a 2255 motion. Therefore, I feel as if it will be a conflict
of interest for him to represent me on this motion, and I would like for you to
appoint new counsel to represent me in  this matter.

                                          Respectfully

                                          Melvin Richardson

cc Vincent Bongiorni/file